# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan D. Aaberg,<br><br>        Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC and Hunt & Henriques, Attorneys at Law,<br><br>        Defendants. | Case No: 3:14-cv-01933-MEJ<br><br>[PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. MARIA-ELENA JAMES |

Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: MAY 16, 2014

_____
HON. MARIA-ELENA JAMES
UNITED STATES DISTRICT JUDGE